**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bridgeport Biodiesel 2 LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0965541** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **308 North Highland Avenue** **Pearl River, NY 10965** Number, Street, City, State & ZIP Code | **PO Box 750** **Nanuet, NY 10954** P.O. Box, Number, Street, City, State & ZIP Code |
| **Rockland** County | **Location of principal assets, if different from principal place of business** **146 Andover Street Bridgeport, CT 06605** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.bridgeportbiodiesel.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Bridgeport Biodiesel 2 LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3251

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | NONE | Relationship |
|---|---|---|
| District | | When | Case number, if known |

Debtor    **Bridgeport Biodiesel 2 LLC**
          Name                                                      Case number (*if known*)

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
■ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

■ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 11, 2018**
MM / DD / YYYY

**X** /s/ Brent Baker
Signature of authorized representative of debtor

**Brent Baker**
Printed name

Title   **CEO**

**18. Signature of attorney**

**X** /s/ Michael A. Koplen
Signature of attorney for debtor

Date   **February 11, 2018**
MM / DD / YYYY

**Michael A. Koplen MAK-3316**
Printed name

**Law Offices of Michael A, Koplen**
Firm name

**14 South Main Street**
**Suites 4 and 5**
**New City, NY 10956**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**MAK-3316**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Bridgeport Biodiesel 2 LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2018**        *X* **/s/ Brent Baker**
_____            _____
                      Signature of individual signing on behalf of debtor

                      **Brent Baker**
                      _____
                      Printed name

                      **CEO**
                      _____
                      Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="3" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
</table>

| Debtor name | **Bridgeport Biodiesel 2 LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Andover Street Associates LLC 146 Andover St Bridgeport, CT 06605** | | | | | | $0.00 |
| **Bayside Fuel PO Boxc 140128 Brooklyn, NY 11214** | | | | | | $0.00 |
| **Brenntag 52 Cambridge St Allston, MA 02134** | | | | | | $0.00 |
| **Brent Baker 308 N Highland Ave Pearl River, NY 10965** | | | | | | $0.00 |
| **Broadview Networks PO Box 9242 Uniondale, NY 11555** | | | | | | $0.00 |
| **Buckeye Energy Services LLC One Greenway Plaza 6th Floor Houston, TX 77046** | | | | | | $0.00 |
| **Canon Financial Services 14909 Collections Center Dr Chicago, IL 60693** | | | | | | $0.00 |
| **CET Inc 270 D Rowe Avenue Milford, CT 06461** | | | | | | $0.00 |
| **Christianson & Assoc. 302 Fifth Ave SW Willmar, MN 56201** | | | | | | $0.00 |

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cintas Corporation PO Boc 630803 Cincinnati, OH 45263** | | | | | | **$0.00** |
| **Circle Lubricants Inc. 35 Drexel Drive Bay Shore, NY 11706** | | | | | | **$0.00** |
| **City of Bridgeport Tax Assesso 45 Lyon Terrace Room 105 Bridgeport, CT 06604** | | | | | | **$0.00** |
| **Cohen Kinne Valicenti Cook LLP 28 North Street 3rd Floor Pittsfield, MA 01201** | | | | | | **$0.00** |
| **Con Ediston-Barretto Jaf Station Po Box 1702 New York, NY 10016-1702** | | | | | | **$0.00** |
| **EcoEngineers LLC 300 E. Locust St Suite 313 Des Moines, IA 50309** | | | | | | **$0.00** |
| **Euler Hermes Collection 800 Red Brook Blvd. Suite 400C Owings Mills, MD 21117** | | | | | | **$0.00** |
| **Eurofins QTA Inc 8900  Bechett Rd West Chester, OH 45069** | | | | | | **$0.00** |
| **Fidelity Capital 19600 Fairchild Road suite 120 Irvine, CA 92612** | | | | | | **$0.00** |
| **Finocchio Brothers Inc. 49 Liberty Place Stamford, CT 06902** | | | | | | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Bridgeport Biodiesel 2 LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FRP Services & Co (America) 535 5th Avenue Suite 1008 New York, NY 10017** | | | | | | **$0.00** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 3

| Fill in this information to identify the case: |
|---|
| Debtor name    **Bridgeport Biodiesel 2 LLC** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................    $ _____**0.00**

    **1b. Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................    $ _____**32,078.89**

    **1c. Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................    $ _____**32,078.89**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**2,400,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____**0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____**0.00**

4.   Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b                $ _____**2,400,000.00**

2/11/18 10:55AM

**Fill in this information to identify the case:**

Debtor name    **Bridgeport Biodiesel 2 LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Citizens Bank** | **checking** | **0742** | **$278.89** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$278.89**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1.    **Security deposit with landlord.  Landlord: Andover Street Assoc. LLC** | **$8,800.00** |
|---|---|
| 7.2.    **Utility Deposit with United Illuminating** | **$4,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Bridgeport Biodiesel 2 LLC**                                         Case number *(If known)* _____
         Name

| 7.3. | Southern Connecticut Gas | $3,000.00 |

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

9.       **Total of Part 2.**                                                                              $15,800.00
         Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

         11a. 90 days old or less:          0.00      -          0.00      = ....              $0.00
                                        face amount        doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                                               $0.00
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **NONE** | | $0.00 |

15.      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
         Name of entity:                          % of ownership

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
         Describe:

17.      **Total of Part 4.**                                                                               $0.00
         Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Bridgeport Biodiesel 2 LLC**                                      Case number *(If known)*
_____
Name

| | | | | |
|---|---|---|---|---|
| 19. | **Raw materials**<br>**15,000 gallons of crude**<br>**glycerin.** | | $12,000.00 | Revenue based | $12,000.00 |

| | | | | |
|---|---|---|---|---|
| | **4000 gallons of**<br>**methanol** | | $3,000.00 | | $3,000.00 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                              | $15,000.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**small office, minor amount of office**<br>**equipment,  example :  a couple desks, a few**<br>**computers, etc.** | $0.00 | | $1,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
**communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Bridgeport Biodiesel 2 LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

43. **Total of Part 7.** | $1,000.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Large amount of processing equipment: cooling tower, Muira boilers, York chiller 60 tons, 36 pumps of different makes, many tanks of various sizes and makes, automation eqiupment, centrifuge, multiple heat exchangers, multiple filter presses, over 100 automated valves, over 100 different sensors, and other technical equipment. If sold as a single manufcturing unit, it maintains value; but sold as individual pieces the value of each piece of equipment is much less. The whole is greater than the sum of the parts quite literally in this case.** | $3,000,000.00 | Expert | Unknown |

51. **Total of Part 8.** | $0.00
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. No Real Estate. | | $0.00 | | $0.00 |
| 55.2. NONE | | $0.00 | | $0.00 |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Bridgeport Biodiesel 2 LLC**

Name

Case number *(If known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $278.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $32,078.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $32,078.89 |

**Fill in this information to identify the case:**

Debtor name **Bridgeport Biodiesel 2 LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Grow America Fund**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Large amount of processing equipment: cooling tower, Muira boilers, York chiller 60 tons, 36 pumps of different makes, many tanks of various sizes and makes, automation eqiupment, centrifuge, multiple heat exchangers, multiple filter press** | | **$2,400,000.00** | **Unknown** |

**One Battery Park Plaza
24 Whitehall St  #710
New York, NY 10004**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Grow America Fund
2. TD Bank NA**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | |
|---|---|---|---|---|
| **2.2** | **TD Bank NA**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Large amount of processing equipment: cooling tower, Muira boilers, York chiller 60 tons, 36 pumps of different makes, many tanks of various sizes and makes, automation eqiupment, centrifuge, multiple heat exchangers, multiple filter press** | | **Unknown** | **Unknown** |

**1701 Route 70 East
Cherry Hill, NJ 08034**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| **Date debt was incurred** | ■ No |
|---|---|
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,400,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name __**Bridgeport Biodiesel 2 LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|--|--|---------------------|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Andover Street Associates LLC**<br>**146 Andover St**<br>**Bridgeport, CT 06605**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|-----|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bayside Fuel**<br>**PO Boxc 140128**<br>**Brooklyn, NY 11214**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Brenntag**<br>**52 Cambridge St**<br>**Allston, MA 02134**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Brent Baker**<br>**308 N Highland Ave**<br>**Pearl River, NY 10965**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

---

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Broadview Networks**

PO Box 9242
Uniondale, NY 11555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryn Mawr Eqip Finance**
620 W. Germantown Pike #310
Plymouth Meeting, PA 19462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Buckeye Energy Services LLC**
One Greenway Plaza 6th Floor
Houston, TX 77046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Canon Financial Services**
14909 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CET Inc**
270 D Rowe Avenue
Milford, CT 06461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christianson & Assoc.**
302 Fifth Ave SW
Willmar, MN 56201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cintas Corporation**
PO Boc 630803
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bridgeport Biodiesel 2 LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Circle Lubricants Inc.**
**35 Drexel Drive**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City of Bridgeport Tax Assesso**
**45 Lyon Terrace Room 105**
**Bridgeport, CT 06604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cohen Kinne Valicenti Cook LLP**
**28 North Street**
**3rd Floor**
**Pittsfield, MA 01201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Con Ediston-Barretto**
**Jaf Station Po Box 1702**
**New York, NY 10016-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**EcoEngineers LLC**
**300 E. Locust St Suite 313**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Euler Hermes Collection**
**800 Red Brook Blvd. Suite 400C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eurofins QTA Inc**
**8900  Bechett Rd**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fidelity Capital**
**19600 Fairchild Road suite 120**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Finocchio Brothers Inc.**
**49 Liberty Place**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**FRP Services & Co (America)**
**535 5th Avenue    Suite 1008**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Funding Circle**
**PO Boxc 1719**
**Portland, OR 97207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Large amount of processing equipment:  cooling tower, Muira boilers, York chiller 60 tons, 36 pumps of different makes, many tanks of various sizes and makes, automation equipment, centrifuge, multiple heat exchangers, multiple filter press**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gorge Analytical LLC**
**1685 Tucker Rd**
**Hood River, OR 97031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Grainger**
**Dept 87967890**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hartland Renewables**
**1045 N. 115th St. Suite 3000**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Home Depot Credit Services**
**PO Box 6029**
**The Lakes, NV 88901-6029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Sabo**
**287 North Greenbush Rd**
**Troy, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Milea**
**885 E. 149th St**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MJDLY**
**110 Mattatuck Heights**
**Waterbury, CT 06705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monson**
**154 Pioneer Drive**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nex Traq**
**PO Bocx 952204**
**Atlanta, GA 31192-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nord & Demaio**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nord & Demaio**
**Turnpike Metroplex Suite 201**
**190 State Highway 18**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Norley Collection Agency LLC**
**PO Box 2173**
**Westfield, NJ 07091**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**NY State of Health**
**PO Box 8000**
**Rensselaer, NY 12144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**NYC Dept of Consumer Affairs**
**42 Broadway 5th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**NYS Tax and Finance**
**PO Box 1833**
**Albany, NY 12201-1833**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**NYS Worker's Compensation Boar**
**PO Box 5205**
**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Oasis Foods Company**
**535 Ramsey Ave**
**Hillside, NJ 07205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Pawnee Leasing Corp
3801 Automation Way Suite 207
Fort Collins, CO 80525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Large amount of processing equipment:  cooling tower, Muira boilers, York chiller 60 tons, 36 pumps of different makes, many tanks of various sizes and makes, automation eqiupment, centrifuge, multiple heat exchangers, multiple filter press**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Restaurant Technologies Inc
2250 Pilot Knob Rd
Suite 100
Saint Paul, MN 55120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Rini Tank & Truck Service Inc
327 Nassau Ave
Brooklyn, NY 11222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Roemer Machine and Welding Co
3053 Research Pkway
Davenport, IA 52806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Rosedale Products
PO Box 1085
Ann Arbor, MI 48106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Royald Bank America Leasing
550 Township Line Rd Suite 425
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Ryder Transportation Svcs
PO Bocx 96723
Chicago, IL 60693-6723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Solomon and Solomon PC**
**Five Columbia Circle**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Southern Conn Gas Co**
**PO Box 9112**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sprague**
**185 International Drive**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Staples Credit Plan**
**PO Box 689020**
**Des Moines, IA 50368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of Ct Dept of Labor**
**PO Box 2490**
**Hartford, CT 06104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of CT Dept of Revenue**
**450 Columbus Blvd Suite 1**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Strathmoor Electric Inc.**
**1261 Stratford Ave**
**Stratford, CT 06615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stuart-Lippman and Assoc**
**5447 E. 5th St #10**
**Tucson, AZ 85711-2345**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**POB 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Suns Oil LLC dba Lutros LLC**
**PO Box 267**
**Lookout Mountain, TN 37350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Superior Payment Plan LLC**
**6450 Transit Road**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The United Illuminating Co**
**PO Box 9230**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Vitol Inc**
**2925 Richmond Ave 11th Floor**
**Houston, TX 77098-3105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Winstead Rouse**
**801 South Dallas St**
**Baltimore, MD 21231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Large amount of processing equipment: cooling tower, Muira boilers, York chiller 60 tons, 36 pumps of different makes, many tanks of various sizes and makes, automation eqiupment, centrifuge, multiple heat exchangers, multiple filter press**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Wiss and Company LLP**
**14 Penn Plaza Suite 1010**
**New York, NY 10122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **0.00** |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $ | **0.00** |

---

2/11/18 10:55AM

**Fill in this information to identify the case:**

Debtor name    **Bridgeport Biodiesel 2 LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **lease of building** |
| State the term remaining    **6 years** | **Andover Street Associates LLC att:  Christopher Malone 146 Andover Street Bridgeport, CT 06605** |
| List the contract number of any government contract _____ | |

| Fill in this information to identify the case: |
|---|

Debtor name  **Bridgeport Biodiesel 2 LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brent Baker** | **308 N. Highland Avenue**<br>**Pearl River, NY 10965** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Bridgeport Biodiesel LLC** | **531 Barretto Street**<br>**Bronx, NY 10474** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Tri-State Diesel LLC** | **531 Barretto Street**<br>**Bronx, NY 10474** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Bridgeport Biodiesel LLC** | **531 Barretto Street**<br>**Bronx, NY 10474** | **Andover Street Associates LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name    **Bridgeport Biodiesel 2 LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$3,300,000.00** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$750,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Sprague Operating Resources, Plaintiff v Tri-State Biodiesel and Brent Baker,**<br>**62665/2017** | **Civil** | **Westchester, Supreme (NY)**<br>**White Plains, NY 10601** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | Bridgeport Biodiesel 2 LLC | Case number *(if known)* | |

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7: Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

Debtor    **Bridgeport Biodiesel 2 LLC** _____    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Bridgeport Biodiesel 2 LLC** | Case number *(if known)* | _____ |
| --- | --- | --- | --- |

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
| --- | --- | --- |
| 25.1.  **NONE** | | **EIN:**

**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
| --- | --- |
| 26a.1.  **Wiss & Company
14 Penn Plaza Suite 1010
New York, NY 10022** | **5 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

Debtor    **Bridgeport Biodiesel 2 LLC**    Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

- ■ None

| Name and address |
|---|
| |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brent Baker** | **308 N. Highland Avenue Pearl River, NY 10965** | **CEO** | **40.7%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

Debtor    **Bridgeport Biodiesel 2 LLC**                                            Case number *(if known)*

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2018**

**/s/ Brent Baker**                                            **Brent Baker**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Bridgeport Biodiesel 2 LLC** _____    Case No. _____

Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **spouse of principal**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Please be advised that the fee as stated includes one appearance and one appearance only before the trustee or court; additional appearances, if required, are not included in the basic fee quoted herein, and will be billed separately and in addition to the basic fee.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 11, 2018** _____    **/s/ Michael A. Koplen** _____
*Date*    **Michael A. Koplen MAK-3316**
*Signature of Attorney*
**Law Offices of Michael A, Koplen**
**14 South Main Street**
**Suites 4 and 5**
**New City, NY 10956** _____
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re   **Bridgeport Biodiesel 2 LLC**                                          Case No.
_____                      Chapter    **11**
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brent Baker**<br>**308 North Highland Avenue**<br>**Pearl River, NY 10965** | **shareholder** | **9% of shares** | **common stock** |
| **Sustainable Biodiesel Company**<br>**308 North Highland Ave**<br>**Pearl River, NY 10965** | **shareholder** | **91% of shares** | **common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 11, 2018**                    Signature   **/s/ Brent Baker**
_____                            **Brent Baker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **Bridgeport Biodiesel 2 LLC** _____   Case No. _____
                                      Debtor(s)    Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 11, 2018** _____    **/s/ Brent Baker** _____
                                         **Brent Baker**/CEO
                                       Signer/Title

.

ANDOVER STREET ASSOCIATES LLC
146 ANDOVER ST
BRIDGEPORT, CT 06605


ANDOVER STREET ASSOCIATES LLC
ATT: CHRISTOPHER MALONE
146 ANDOVER STREET
BRIDGEPORT, CT 06605


BAYSIDE FUEL
PO BOXC 140128
BROOKLYN, NY 11214


BRENNTAG
52 CAMBRIDGE ST
ALLSTON, MA 02134


BRENT BAKER
308 N HIGHLAND AVE
PEARL RIVER, NY 10965


BRENT BAKER
308 N. HIGHLAND AVENUE
PEARL RIVER, NY 10965


BRIDGEPORT BIODIESEL LLC
531 BARRETTO STREET
BRONX, NY 10474


BRIDGEPORT BIODIESEL LLC
531 BARRETTO STREET
BRONX, NY 10474


BROADVIEW NETWORKS
PO BOX 9242
UNIONDALE, NY 11555


BRYN MAWR EQIP FINANCE
620 W. GERMANTOWN PIKE #310
PLYMOUTH MEETING, PA 19462


BUCKEYE ENERGY SERVICES LLC
ONE GREENWAY PLAZA 6TH FLOOR
HOUSTON, TX 77046

CANON FINANCIAL SERVICES
14909 COLLECTIONS CENTER DR
CHICAGO, IL 60693


CET INC
270 D ROWE AVENUE
MILFORD, CT 06461


CHRISTIANSON & ASSOC.
302 FIFTH AVE SW
WILLMAR, MN 56201


CINTAS CORPORATION
PO BOC 630803
CINCINNATI, OH 45263


CIRCLE LUBRICANTS INC.
35 DREXEL DRIVE
BAY SHORE, NY 11706


CITY OF BRIDGEPORT TAX ASSESSO
45 LYON TERRACE ROOM 105
BRIDGEPORT, CT 06604


COHEN KINNE VALICENTI COOK LLP
28 NORTH STREET
3RD FLOOR
PITTSFIELD, MA 01201


CON EDISTON-BARRETTO
JAF STATION PO BOX 1702
NEW YORK, NY 10016-1702


ECOENGINEERS LLC
300 E. LOCUST ST SUITE 313
DES MOINES, IA 50309


EULER HERMES COLLECTION
800 RED BROOK BLVD. SUITE 400C
OWINGS MILLS, MD 21117


EUROFINS QTA INC
8900 BECHETT RD
WEST CHESTER, OH 45069

FIDELITY CAPITAL
19600 FAIRCHILD ROAD SUITE 120
IRVINE, CA 92612


FINOCCHIO BROTHERS INC.
49 LIBERTY PLACE
STAMFORD, CT 06902


FRP SERVICES & CO (AMERICA)
535 5TH AVENUE    SUITE 1008
NEW YORK, NY 10017


FUNDING CIRCLE
PO BOXC 1719
PORTLAND, OR 97207


GORGE ANALYTICAL LLC
1685 TUCKER RD
HOOD RIVER, OR 97031


GRAINGER
DEPT 87967890
PALATINE, IL 60038


GROW AMERICA FUND
ONE BATTERY PARK PLAZA
24 WHITEHALL ST #710
NEW YORK, NY 10004


HARTLAND RENEWABLES
1045 N. 115TH ST. SUITE 3000
OMAHA, NE 68154


HOME DEPOT CREDIT SERVICES
PO BOX 6029
THE LAKES, NV 88901-6029


JOSHUA SABO
287 NORTH GREENBUSH RD
TROY, NY 12180


MILEA
885 E. 149TH ST
BRONX, NY 10455

MJDLY
110 MATTATUCK HEIGHTS
WATERBURY, CT 06705


MONSON
154 PIONEER DRIVE
LEOMINSTER, MA 01453


NEX TRAQ
PO BOCX 952204
ATLANTA, GA 31192-1702


NORD & DEMAIO


NORD & DEMAIO
TURNPIKE METROPLEX SUITE 201
190 STATE HIGHWAY 18
EAST BRUNSWICK, NJ 08816


NORLEY COLLECTION AGENCY LLC
PO BOX 2173
WESTFIELD, NJ 07091


NY STATE OF HEALTH
PO BOX 8000
RENSSELAER, NY 12144


NYC DEPT OF CONSUMER AFFAIRS
42 BROADWAY 5TH FLOOR
NEW YORK, NY 10004


NYS TAX AND FINANCE
PO BOX 1833
ALBANY, NY 12201-1833


NYS WORKER'S COMPENSATION BOAR
PO BOX 5205
BINGHAMTON, NY 13902


OASIS FOODS COMPANY
535 RAMSEY AVE
HILLSIDE, NJ 07205

PAWNEE LEASING CORP
3801 AUTOMATION WAY SUITE 207
FORT COLLINS, CO 80525


RESTAURANT TECHNOLOGIES INC
2250 PILOT KNOB RD
SUITE 100
SAINT PAUL, MN 55120


RINI TANK & TRUCK SERVICE INC
327 NASSAU AVE
BROOKLYN, NY 11222


ROEMER MACHINE AND WELDING CO
3053 RESEARCH PKWAY
DAVENPORT, IA 52806


ROSEDALE PRODUCTS
PO BOX 1085
ANN ARBOR, MI 48106


ROYALD BANK AMERICA LEASING
550 TOWNSHIP LINE RD SUITE 425
BLUE BELL, PA 19422


RYDER TRANSPORTATION SVCS
PO BOCX 96723
CHICAGO, IL 60693-6723


SOLOMON AND SOLOMON PC
FIVE COLUMBIA CIRCLE
ALBANY, NY 12203


SOUTHERN CONN GAS CO
PO BOX 9112
CHELSEA, MA 02150


SPRAGUE
185 INTERNATIONAL DRIVE
PORTSMOUTH, NH 03801


STAPLES CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368

STATE OF CT DEPT OF LABOR
PO BOX 2490
HARTFORD, CT 06104


STATE OF CT DEPT OF REVENUE
450 COLUMBUS BLVD SUITE 1
HARTFORD, CT 06103


STRATHMOOR ELECTRIC INC.
1261 STRATFORD AVE
STRATFORD, CT 06615


STUART-LIPPMAN AND ASSOC
5447 E. 5TH ST #10
TUCSON, AZ 85711-2345


SUNBELT RENTALS, INC.
POB 409211
ATLANTA, GA 30384-9211


SUNS OIL LLC DBA LUTROS LLC
PO BOX 267
LOOKOUT MOUNTAIN, TN 37350


SUPERIOR PAYMENT PLAN LLC
6450 TRANSIT ROAD
DEPEW, NY 14043


TD BANK NA
1701 ROUTE 70 EAST
CHERRY HILL, NJ 08034


THE UNITED ILLUMINATING CO
PO BOX 9230
CHELSEA, MA 02150


TRI-STATE DIESEL LLC
531 BARRETTO STREET
BRONX, NY 10474


VITOL INC
2925 RICHMOND AVE 11TH FLOOR
HOUSTON, TX 77098-3105

```
WINSTEAD ROUSE
 801 SOUTH DALLAS ST
BALTIMORE, MD 21231


WISS AND COMPANY LLP
14 PENN PLAZA SUITE 1010
NEW YORK, NY 10122
```

2/11/18 10:55AM

# United States Bankruptcy Court
## Southern District of New York

In re   **Bridgeport Biodiesel 2 LLC**
_____
                              Debtor(s)

Case No. _____
Chapter   **11**   _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bridgeport Biodiesel 2 LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sustainable Biodiesel Company**
**308 North Highland Ave**
**Pearl River, NY 10965**


☐ None [*Check if applicable*]


**February  9, 2018**
_____
Date

/s/ Michael A. Koplen
_____
**Michael A. Koplen MAK-3316**
Signature of Attorney
Counsel for   **Bridgeport Biodiesel 2 LLC**
**Law Offices of Michael A, Koplen**
**14 South Main Street**
**Suites 4 and 5**
**New City, NY 10956**