KOPLEN LAW FIRM
Attorneys & Counselors at Law
www.KoplenLawFirm.com
EMAIL: Atty@KoplenLawFirm.com

14 SOUTH MAIN STREET
SUITES 4 & 5
NEW CITY, NEW YORK 10956

TEL: (845) 623-7070
FAX: (845) 215-0144

March 22, 2018

Hon. Robert D. Drain
Bankruptcy Judge
300 Quarropas Street
White Plains, New York 10601

Re: Bridgeport Biodiesel 2 LLC
Case Number: 18-22244 RDD
Chapter 11
Initial Case Conference

Dear Judge Drain:

    We represent the Debtor.

    Please be advised that the initial case conference for this case has been scheduled with chambers for June 25, 2018, at 10:00 AM. We will submit a proposed order.

                                                  Very truly yours,

                                                  <u>s/ Michael A. Koplen</u>
                                                  Michael A. Koplen

MAK/